IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SAFE CHOICE, LLC, | Case No. 1:24-cv-02033-PAB |
| Plaintiff, | |
| -vs- | |
| | JUDGE PAMELA A. BARKER |
| CITY OF CLEVELAND, | |
| Defendants. | ORDER |

On September 25, 2025, the Court issued an Order (Doc. No. 23) regarding certain citations in Plaintiff Safe Choice, LLC's Brief in Opposition to Defendant City of Cleveland's Motion for Judgment on the Pleadings. (Doc. No. 19.) In that Order, the Court identified four cases that it was unable to locate using standard legal research tools. These cases are:

- "*Marinelli v. Montgomery County*, 24 Ohio App.3d 217, 220 (2d Dist. 1985)"
- "*Carter v. Cleveland*, 83 Ohio App.3d 580, 586 (8th Dist. 1992)"
- "*Alexander v. City of Round Lake*, 854 F.3d 866, 872 (7th Cir. 2017)"
- "*Craine v. ABM Servs., Inc.*, 2022-Ohio-1731, ¶ 48 (10th Dist.)"

Because the Court was unable to locate these cases, the Court ordered Plaintiff to "file with the Court PDF copies of each of the above-cited cases, or file an explanation as to why it is unable to provide the Court with copies of the above-cite cases, **by no later than September 29, 2025 at 4:30 p.m.**" (Doc. No. 23.)

Plaintiff did not file a response to the Order by September 29, 2025 at 4:30 p.m. Instead, the Court received an email from Plaintiff's counsel on September 29, 2025 at 4:45 p.m. (*See* Ex. 1.) Therein, Plaintiff's counsel represents "[m]y team and I have been experiencing issues uploading a

filing, as it continues to be rejected. In the interim, I wanted to send the filing via email until I can resolve the e-filing problem." (*Id.*)

The email contains three attachments. The first attachment is entitled "Plaintiff's Response to Court Order Dated September 29, 2025." (*See* Ex. 2.) That Response provides "NOW COMES Plaintiff's counsel and hereby submits the following table of authorities along with PDF files of every case cited in its response in opposition." (*Id.*) The remaining two attachments are 1395 pages of caselaw cited in Plaintiff's Brief in Opposition (Doc. No. 19). (*See* Exs. 3 and 4.)

The Court has reviewed Plaintiff's Response, and the copies of the cases attached thereto. Despite representing to the Court that Plaintiff was "submit[ing] the following table of authorities with PDF files of **every** case cited in its response in opposition," the four cases identified above are absent from the Table of Authorities. The four cases identified above are also not included in the 1395 pages of caselaw attached to Plaintiff's Response.

Based upon the Court's review of Plaintiff's September 29, 2025 submission, the Court finds that Plaintiff failed to file the four cases identified above before September 29, 2025 at 4:30 p.m. The Court also finds that Plaintiff failed to file an explanation as to why it is unable to provide the Court with copies of those cases by September 29, 2025 at 4:30 p.m. Accordingly, the Court finds that Plaintiff violated the Court's September 25, 2025 Order.

For these reasons, the Court hereby orders Plaintiff to show cause **no later than October 2, 2025 at 4:30 p.m.** as to why it should not be held in contempt for violating the Court's September 25, 2025 Order.

**IT IS SO ORDERED**.

Date:  September 30, 2025

                         *s/Pamela A. Barker*
                         PAMELA A. BARKER
                         U. S. DISTRICT JUDGE