IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SAFE CHOICE, LLC | : | Case No.: 1:24-CV-02033-PAB |
| | : | |
| **Plaintiff,** | : | **JUDGE: PAMELA A. BAKER** |
| vs. | : | |
| | : | **NOTICE OF SUBMISSION OF** |
| CITY OF CLEVELAND | : | **NOTICE TO PLAINTIFF** |
| | : | |
| **Defendant.** | : | |

   NOW COMES Safe Choice, LLC, by and through undersigned counsel, respectfully submits notice of the upcoming hearing to Plaintiff.

              Respectfully submitted,

              */s/ Arleesha Wilson*

              Arleesha Wilson, Esq. (0097351)
              Law Office of Arleesha Wilson
              600 Superior Avenue. Suite 1300
              Cleveland, Ohio 44114
              216-278-7543 (office)
              833-938-2002 (fax)

attorneyawilson.com Mail - A hearing has been set in your case

10/6/25, 9:07 AM

## A hearing has been set in your case

**Arleesha Wilson** <justice@attorneyawilson.com>   Mon, Oct 6, 2025 at 9:06 AM To: Anthony Spencer <spencervice1@gmail.com>

Hi Mr. Spencer,

I am writing to let you know that an in person hearing has been scheduled in your case. Unfortunately, this hearing is not on the merits of your case, rather, it's a hearing where the Court is considering holding me in contempt based on an error my office made with a recent filing.

The hearing will take place at 10:00 am on October 15, 2025 at the Carl B Stokes Courthouse in Courtroom 16A before Judge Pamela Barker.

**Arleesha Wilson, Esq.**
*Founding Attorney*
Law Office of Arleesha Wilson
600 Superior Avenue E, Suite 1300
Cleveland, OH 44114
(216) 278-7543 (office)
(833) 938-2002 (fax)
Justice@attorneyAwilson.com

This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you receive this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy.